IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hollins, Tony | Case Number: 08 B 00495 |
|---|---|---|
| | Hollins, Latunya | Judge: Squires, John H |
| | Printed: 01/22/09 | Filed: 1/10/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: November 18, 2008
Confirmed: March 5, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,523.80 | |
| Secured: | | 75.53 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,501.50 |
| Trustee Fee: | | 248.44 |
| Other Funds: | | 1,698.33 |
| Totals: | 5,523.80 | 5,523.80 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,501.50 | 3,501.50 |
| 2. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 5. | Illinois Title Loans | Secured | 0.00 | 0.00 |
| 6. | Wilshire Credit Corp | Secured | 1,700.00 | 75.53 |
| 7. | HomEq Servicing Corp | Secured | 14,750.00 | 0.00 |
| 8. | Illinois Dept of Revenue | Priority | 722.51 | 0.00 |
| 9. | Internal Revenue Service | Priority | 7,685.03 | 0.00 |
| 10. | Municipal Collection Services | Unsecured | 1,305.00 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 441.42 | 0.00 |
| 12. | Capital One | Unsecured | 58.62 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 108.48 | 0.00 |
| 14. | U.S. Department Of Education | Unsecured | 348.64 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | 160.08 | 0.00 |
| 16. | Asset Acceptance | Unsecured | 169.31 | 0.00 |
| 17. | Internal Revenue Service | Unsecured | 169.30 | 0.00 |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | 881.00 | 0.00 |
| 19. | Global Payments | Unsecured | 202.50 | 0.00 |
| 20. | Illinois Dept of Revenue | Unsecured | 24.23 | 0.00 |
| 21. | Portfolio Recovery Associates | Unsecured | 63.67 | 0.00 |
| 22. | Asset Acceptance | Unsecured | 46.00 | 0.00 |
| 23. | Asset Acceptance | Unsecured | 96.37 | 0.00 |
| 24. | Asset Acceptance | Unsecured | 44.50 | 0.00 |
| 25. | Asset Acceptance | Unsecured | 86.71 | 0.00 |
| 26. | South Suburban College | Unsecured | 117.44 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hollins, Tony | Case Number: 08 B 00495 |
|---|---|---|
| | Hollins, Latunya | Judge: Squires, John H |
| | Printed: 01/22/09 | Filed: 1/10/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | RMI/MCSI | Unsecured | 1,555.00 | 0.00 |
| 28. | Illinois Dept Of Healthcare And Family | Unsecured | | No Claim Filed |
| 29. | AAM Inc | Unsecured | | No Claim Filed |
| 30. | ACC International | Unsecured | | No Claim Filed |
| 31. | Alarm One | Unsecured | | No Claim Filed |
| 32. | Allied Interstate | Unsecured | | No Claim Filed |
| 33. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 34. | CB USA | Unsecured | | No Claim Filed |
| 35. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 36. | Chase | Unsecured | | No Claim Filed |
| 37. | Collection Company Of America | Unsecured | | No Claim Filed |
| 38. | Municipal Collection Services | Unsecured | | No Claim Filed |
| 39. | CCA | Unsecured | | No Claim Filed |
| 40. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 41. | Cook County State's Attorney | Unsecured | | No Claim Filed |
| 42. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 43. | Credit Management Co. | Unsecured | | No Claim Filed |
| 44. | Deer & Stone | Unsecured | | No Claim Filed |
| 45. | Check N Go | Unsecured | | No Claim Filed |
| 46. | Direct Loan Servicer | Unsecured | | No Claim Filed |
| 47. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 48. | J V D B & Associates | Unsecured | | No Claim Filed |
| 49. | Medical Collections | Unsecured | | No Claim Filed |
| 50. | Nicor Gas | Unsecured | | No Claim Filed |
| 51. | Illinois Dept Of Healthcare And Family | Unsecured | | No Claim Filed |
| 52. | Plaza Associates | Unsecured | | No Claim Filed |
| 53. | Nicor Gas | Unsecured | | No Claim Filed |
| 54. | Northern Illinois University | Unsecured | | No Claim Filed |
| 55. | Pay Day Loans | Unsecured | | No Claim Filed |
| 56. | Park Dansan | Unsecured | | No Claim Filed |
| 57. | One Iron Ventures | Unsecured | | No Claim Filed |
| 58. | Midwest Diagnostic Pathology, SC | Unsecured | | No Claim Filed |
| 59. | Guranty Bank | Unsecured | | No Claim Filed |
| 60. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 61. | Thorn Ridge High School | Unsecured | | No Claim Filed |
| 62. | TRS Services | Unsecured | | No Claim Filed |
| 63. | Sprint | Unsecured | | No Claim Filed |
| 64. | Comcast | Unsecured | | No Claim Filed |
| 65. | West Asset Management | Unsecured | | No Claim Filed |
| 66. | SBC | Unsecured | | No Claim Filed |
| | | | $ 34,237.31 | $ 3,577.03 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 261.85 |
| 6.6% | (13.41) |
| | $ 248.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hollins, Tony
Hollins, Latunya
Printed: 01/22/09

Case Number:  08 B 00495
Judge:  Squires, John H
Filed:  1/10/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

